# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-MC-00002-GCM-DSC

| | |
|---|---|
| **DALE DOROW et. al.,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) |
| | ) |
| **PHILIPS MEDICAL SYSTEMS** | ) |
| **NEDERLAND, B.V. et. al.,** | ) |
| | ) |
| **Respondents.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Lora A. Brzezynski]" (document # 5) filed May 20, 2019. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Graham C. Mullen.

**SO ORDERED**.

Signed: May 20, 2019

David S. Cayer
United States Magistrate Judge