# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-MC-00002-GCM-DSC

| | |
|---|---|
| **DALE DOROW et. al.,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| **PHILIPS MEDICAL SYSTEMS** | ) |
| **NEDERLAND, B.V. et. al.,** | ) |
| | ) |
| Respondents. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit [for Kirsten R. Rydstrom and Christopher R. Brennan] (documents ## 12-13) filed June 3, 2019. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Graham C. Mullen.

**SO ORDERED**.

Signed: June 4, 2019

David S. Cayer
United States Magistrate Judge